CAUSE NO. J4-CV-14-002468

| | | |
|---|---|---|
| CYRIL MURRAY | § § § | IN THE JUSTICE COURT OF |
| | § § | |
| v. | § § | TRAVIS COUNTY, TEXAS |
| | § § | |
| TSAO-CHUEN-KU | § § | PRECINCT 4 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   Judge Raul A. Gonzalez
Justice Court, Precinct 4
4011 McKinney Falls Pkwy, Ste. 1200
Austin, Texas 78744

-and-

Cyril Murray, Pro Se Plaintiff
8520 White Ibis Drive
Austin, Texas 78729

Please take notice that on December 1, 2014, the United States has filed in the Office of the Clerk of the United States District Court for the Western District of Texas, Austin Division, a Notice of Removal in the above-entitled action to the United States District Court.  A copy of the Notice of Removal is attached hereto as Exhibit 1, pursuant to 28 U.S.C. § 1446(d).

You are respectfully directed to that provision which provides:

Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, <u>which shall effect the removal and the State court shall proceed no further unless and until the case is remanded</u>.

28 U.S.C. § 1446(d) (emphasis added).

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

By: _____
    MARK GUERRERO
    Assistant United States Attorney
    Texas Bar No. 24032377
    816 Congress Avenue, Suite 1000
    Austin, Texas 78701
    (512) 916-5858 (phone)
    (512) 916-5854 (fax)
    Mark.Guerrero@usdoj.gov

ATTORNEYS FOR DEFENDANT,
UNITED STATES OF AMERICA

## **CERTIFICATE OF SERVICE**

I certify that on December 1, 2014, the foregoing Notice of Filing Notice of Removal was served on the Plaintiff, who is proceeding pro se in the case, via U.S. Certified Mail, Return Receipt Requested.

Cyril Murray
8520 White Ibis Drive
Austin, Texas 78729

_____
MARK GUERRERO
Assistant United States Attorney